IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Honey R. Siegal,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Cathie Jarboe; et al.,<br><br>　　　　Defendants. | No. CV 06-1641-PHX-JAT<br><br>**ORDER** |

  Pending before the Court are Plaintiff's Motion for Immediate Civil Arrest Warrants (Doc. # 10), Motion for Summary Judgment of 20 Million Dollars Awarded to Plaintiff (Doc. # 12), Motion to Indite (sic) Governor Janet Napolitano and Secretary of State Jan Brewer for Failure to Put "Honey Siegal" on Ballot of Elections (Doc. # 13), Motion for Immediate Eviction by Order to Chief John Wintersteen Paradise Valley Police of Lot 1 (Doc. # 14), and Motion for Assignment of U.S. Attorney to Assist to Enforce Rule of Law in this Matter in this Jurisdiction (Doc. # 15).

  This matter was dismissed by Order of the Court dated July 18, 2006. Despite the dismissal, Plaintiff has continued to file motions seeking relief. Because the case has been dismissed, the Court refuses to consider the motions. Even if the Court considered the motions, it notes that a preliminary review of the motions indicates that they are so lacking in merit as to be frivolous.

1       Accordingly,

2       IT IS ORDERED that Plaintiff's Motion for Immediate Civil Arrest Warrants (Doc.
3   # 10) is DENIED;

4       IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment of 20
5   Million Dollars Awarded to Plaintiff (Doc. # 12) is DENIED;

6       IT IS FURTHER ORDERED that Plaintiff's Motion to Indite (sic) Governor Janet
7   Napolitano and Secretary of State Jan Brewer for Failure to Put "Honey Siegal" on Ballot of
8   Elections (Doc. # 13) is DENIED;

9       IT IS FURTHER ORDERED that Plaintiff's Motion for Immediate Eviction by Order
10  to Chief John Wintersteen Paradise Valley Police of Lot 1 (Doc. # 14) is DENIED;

11      IT IS FURTHER ORDERED that Plaintiff's Motion for Assignment of U.S. Attorney
12  to Assist to Enforce Rule of Law in this Matter in this Jurisdiction (Doc. # 15) is DENIED;

13      IT IS FURTHER ORDERED that the Clerk of Court shall refuse to accept any future
14  filings in this case by the Plaintiff.

15      DATED this 5th day of February, 2007.

_____
James A. Teilborg
United States District Judge